# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 6, 2009

Charles R. Fulbruge III
Clerk

No. 08-10384

In The Matter of: JAMES RANDELL HUGHES

                                                    Debtor

--------------------------------------------------

JAMES RANDELL HUGHES

                                                    Appellant

v.

WILLIAM T NEARY, United States Trustee; THE CADLE COMPANY

                                                    Appellees

---

In The Matter of: JAMES RANDELL HUGHES

                                                    Debtor

--------------------------------------------------

JAMES RANDELL HUGHES

                                                    Appellant

v.

THE CADLE COMPANY

                                                    Appellee

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-cv-00240

---

Before GARWOOD, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Having reviewed the record and the briefs, we AFFIRM the judgment of the district court for the reasons stated therein.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.